# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3297

Curtis Stewart

Appellee

v.

Anne L. Precythe

Appellant

Jessieca Wyatt, et al.

---

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:18-cv-00229-ACL)

---

**ORDER**

Jason Paul Hine is hereby appointed to represent the appellee on appeal. For information concerning appointments and reimbursement of expenses in civil appointments, please consult our website at http://ecf.ca8.uscourts.gov/files/Civil-Appointment-Information.pdf

November 03, 2022

Order Entered Under Rule 27(b):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
         /s/ Michael E. Gans