# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 03, 2022

Mr. Jason Paul Hine
MILLER & HINE
Suite 204
8764 Manchester Road
Brentwood, MO  63144

      RE:  22-3297  Curtis Stewart v. Anne Precythe

Dear Counsel:

      Enclosed is a copy of an order entered appointing you in this case. There are no provisions for the payment of a fee in this case unless there are applicable statutory provisions which authorize the award of attorney fees.   The Court does have funds which are used to reimburse counsel for expenses incurred in connection with this appointment.  Please keep an accurate record of your expenses and submit an itemized statement when the mandate issues in this case. For information about reimbursable expenses, see www.ca8.uscourts.gov/appeal-preparation-information.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

                                               Michael E. Gans
                                               Clerk of Court

CJO

Enclosure(s)

cc:    Mr. Gregory J. Linhares
        Ms. Ashley D. Ray
        Ms. Michelle Schaefer
        Ms. Katherine S. Walsh

      District Court/Agency Case Number(s):   1:18-cv-00229-ACL

September 2022

# UNITED STATES COURT OF APPEALS
*For the Eighth Circuit*

## Notice to Counsel Appointed in Civil Cases

The Court wishes to express its appreciation to you for accepting the appointment in this civil case. In doing so, you are acting in accordance with the highest ideals of the bar as a profession. You are also rendering an important service to the Court and to the public interest, which requires that both sides of every case be well presented. Please accept the thanks of the Court.

Out-of-pocket expenses incurred as a result of representation are reimbursable. Counsel should submit an itemized statement of those expenses after issuance of the mandate. The statement should be accompanied by receipts as noted below. In determining reasonableness of expenses incurred, counsel should use as general guidelines, the prevailing limitations placed on travel and subsistence expenses of federal judiciary employees. Attorneys appointed by the court are authorized to obtain government rates for hotels and airline travel in connection with their representation. Many hotels offer government rates for appointed counsel. Counsel are encouraged to avail themselves of reduced government rates whenever possible.

Reimbursement of expenses for counsel appointed by the Eighth Circuit shall be limited as follows:

1. Actual subsistence for lodging and meals. Counsel must submit the hotel's detailed itemized receipt, showing the cost of the room and the taxes charged. Detailed meal receipts are also required.

2. Travel expense reimbursement shall be limited to:

    (a) Round-trip coach air fare. Counsel should submit the airline ticket or travel agency invoice with the itemized statement;

    (b) Public transit or taxi from office to airport and from airport to hotel or courthouse (car rental is not reimbursable);

    (c) Use of counsel's private car will be reimbursed at the rate applicable to federal judiciary employees at the time travel occurred. Refer to the table below to determine the per mile rate.

| Date Travel Occurred | Reimbursable Amount |
|---|---|
| On or after January 1, 2015 | .575 mile |
| On or after January 1, 2016 | .540 mile |
| On or after January 1, 2017 | .535 mile |
| On or after January 1, 2018 | .545 mile |
| On or after January 1, 2019 | .580 mile |
| On or after January 1, 2020 | .575 mile |
| On or after January 1, 2021 | .560 mile |
| On or after January 1, 2022 | .585 mile |
| On or after July 1, 2022 | .625 mile |

3. Photocopy expenses shall be reimbursed at actual cost but shall not exceed 15 cents per page. The cost of commercial printing is not an allowable expense. Claims for copies made outside your office must be accompanied by a receipt. For in-house copies, please indicate the number of copies made and the cost per copy.

4. Postage expenses for overnight delivery and/or courier services require a detailed receipt.

5. Long-distance telephone expenses require itemization. Please indicate the date on which the call was made, the person called and the cost of the call. Total claims in excess of $50.00 require the itemized invoice. (Copies of invoices will be accepted.) Please **circle** the date, telephone number, and amount of the call.

6. Claims for expenses related to computer assisted legal research must be thoroughly documented. Please include copies of invoices which indicate the billing computation method and the amount paid. Also please include a short statement which briefly discusses the issues researched and an estimate of the amount of time necessary to perform the same research manually.

In general, itemize each entry on your statement of expenses and provide receipts whenever possible. These Requests for reimbursement should not be filed in the case in CM/ECF. Either submit your claim through the U.S. Mail or you may contact this office for an email address. Compliance with these guidelines will reduce the amount of time necessary to process requests for reimbursement.

For additional information, please contact Rowan Kelly or Stephanie O'Banion at (314) 244-2400.